# United States District Court
## Western District of North Carolina
### Statesville Division

| | | |
|---|---|---|
| JASON WESLEY HOYLE, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:13-CV-00034-RLV-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| THEODORE MCENTIRE | ) | |
| WILLIAM A. LEAVELL III | ) | |
| ROBERT ALEXANDER BANNE | ) | |
| LYERLY | ) | |
| ROBERT G. HORNE | ) | |
| GERALD W. WILSON | ) | |
| WANDA SMITH | ) | |
| MEREDITH R. ROBERTS | ) | |
| UNKNOWN DEFENDANT | ) | |
| KELSEY GRAFF | ) | |
| DENISE LOCKETT | ) | |
| CELIA PISTOLIS | ) | |
| LEGAL AID OF NORTH | ) | |
| CAROLINA, INC. | ) | |
| DANA CRAWFORD, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 17, 2014, Order.

November 17, 2014

Frank G. Johns, Clerk
United States District Court